IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JOHN MICELI, | * | |
| Plaintiff, | * | |
| v. | * | CV 319-088 |
| CLIFFORD ALLEN CRAVEY, | * | |
| Defendant/Cross-Defendant, | * | |
| v. | * | |
| GOVERNMENT EMPLOYMENT INSURANCE COMPANY, | * | |
| Cross-Claimant. | * | |

O R D E R

On November 16, 2020, the parties filed a "Joint Stipulation of Dismissal Without Prejudice" signed by Plaintiff Miceli and Cross-Claimant Government Employment Insurance Company. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1).[1]

**IT IS THEREFORE ORDERED** that any and all claims asserted in this case are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. The parties shall bear their own costs.

---

[1] Because Defendant/Cross-Defendant Cravey has not filed a responsive pleading in the case, the dismissal is effective as against him under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1).

**ORDER ENTERED** at Augusta, Georgia, this 17th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE